United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRYSLIE, ARMANDO LLACUNA, AND BADRUL ULA,<br><br>Plaintiff(s),<br><br>v.<br><br>THE NIELSEN COMPANY (US), LLC and GRACENOTE, INC.,<br><br>Defendant(s). | Case No. 4:26-cv-08477-HSG<br><br>**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br><br>(CIVIL LOCAL RULE 11-3) |

I, Dustin L. Taylor an active member in good standing of the bar of Colorado, Illinois, and Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The Nielsen Company (US), LLC, and Gracenote, Inc. in the above-entitled action. My local co-counsel in this case is Chloe Ann Lee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 351040.

| | |
|---|---|
| 600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 | 100 Spectrum Center Dr., Ste 1500,<br>Irvine, CA 92618 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 303-918-1023 | 949-622-2431 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dustin.taylor@troutman.com | Chloeann.lee@troutman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 54463 (CO); 6328158 (IL); 24088510 (TX).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2026

*/s/ Dustin L. Taylor*
APPLICANT
Dustin L. Taylor

United States District Court
Northern District of California

United States District Court
Northern District of California

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dustin L. Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/6/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE
HONORABLE HAYWOOD S. GILLIAM, JR.

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

*I, **Marizela Cano**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Dustin Lee Taylor***

*has been duly licensed and admitted to practice as an*

*ATTORNEY AND COUNSELOR AT LAW*

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **14th** day of **February** A.D. **2020** and that at the date hereof the said **Dustin Lee Taylor** is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **30th** day of **September** A.D. **2026***

***Marizela Cano***
Clerk

By [signature]
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Dustin Taylor

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 03/06/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 29th day of September, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

September 28, 2026

Re: Dustin Lee Taylor, State Bar Number 24088510

To Whom It May Concern:

This is to certify that Dustin Lee Taylor was licensed to practice law in Texas on November 01, 2013, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253