Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

AMANDA FRYSLIE, ARMANDO LLACUNA, and BADRUL ULA, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

THE NIELSEN COMPANY (US), LLC, a Delaware limited liability company; and GRACENOTE, INC., a Delaware corporation,

Defendants.

Case No. 4:26-cv-08477-HSG

[Assigned to Hon. Haywood S. Gilliam, Jr.]

**ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Hearing Date: January 7, 2027
Time: 2:00 p.m.
Courtroom: 2, 4th Floor

Having considered the Parties' Joint Stipulation to Modify Briefing Schedule on Defendants' Motion to Dismiss and the accompanying Declaration of Matthew W. Ruan, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs' deadline to file and serve their opposition to Defendants' Motion to Dismiss (ECF No. 24) is extended to November 2, 2026;

2. Defendants' deadline to file and serve their reply in support of the Motion to Dismiss is extended to November 16, 2026; and

3. The hearing on the Motion to Dismiss remains on calendar for January 7, 2027 at 2:00 p.m. in Courtroom 2, 4th Floor. All other dates and deadlines previously set remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/9/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge